IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RODERICK JACKSON**                                                                           **PLAINTIFF**

V.                             **CASE NO. 5:24-CV-5013**

**WALMART, INC.**                                                                              **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 12) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen days have now passed, and no objections were filed in response to the R&R

Being sufficiently advised, the Court finds the R&R is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Amended Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2) and for lack of jurisdiction.  To the extent any state law claims are also stated, the Court **DECLINES TO EXERCISE** supplemental jurisdiction under 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED** on this 16th day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE